PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Taysir A. Muhammed      Cr.: 20-00571-001
     PACTS #: 1574231

Name of Sentencing Judicial Officer:    THE HONORABLE SARAH S. VANCE
                                       UNITED STATES DISTRICT JUDGE (ED/LA)

Name of Assigned Judicial Officer:    THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/23/2016

Original Offense:    Conspiracy to Commit Wire Fraud and Electronic, Benefits/Food Stamp Food, 7 U.S.C. § 2024, 18 U.S.C. § 1343, and 18 U.S.C. § 371
Electronic Benefits Fraud, 7 U.S.C. § 2024(c)
Wire Fraud, 18 U.S.C. § 1343
Conspiracy to Structure Transactions, 31 U.S.C. § 5234 and 18 U.S.C. § 371
Conspiracy to Launder Monetary Instruments, 18 U.S.C. § 1956(a)(1)(A)(i) and 18 U.S.C. § 1957

Original Sentence: 34 months imprisonment, 36 months supervised release

Special Conditions: Financial Disclosure, New Debt Restriction, Drug Treating and Treatment, Mental Health Treatment, Employment Requirements, and $1,080,575.40 in Restitution.

Type of Supervision: Supervised Release           Date Supervision Commenced: 01/14/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1      The individual under supervision has violated the special condition which states **"you are prohibited from incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You shall not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court."**

          On November 3, 2021, our office conducted an Equifax credit inquiry and it revealed that Muhammed opened several credit accounts without the approval of the U.S. Probation Office.

2      Failed to Satisfy Restitution

Prob 12A – page 2
Taysir A. Muhammed

U.S. Probation Officer Action:

When confronted regarding the opened credit accounts, Muhammed reported the accounts are primarily used by his wife and daughter; Muhammed is an authorized user on two of the accounts used by his wife, and the credit card for his daughter is at a zero balance.

**The person under supervision's supervision is due to expire on January 13, 2022, with an outstanding restitution balance of $1,060,588.83.** The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

We are requesting no formal Court action at this time and that Muhammed be allowed to complete supervision on January 13, 2022. The Probation Form 12A (Report on Offender under Supervision), will also serve as an official written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

PREPARED BY:

*Kelly A. Maciel*           12/27/2021
KELLY A. MACIEL             Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Further Court Action and Allow Supervision to Expire as Scheduled on January 13, 2022 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

s/Katharine S. Hayden
Signature of Judicial Officer

December 30, 2021
Date